# THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| **UNITES STATES,** | ) |
| | ) **Case No. 1:01-CR-00188** |
| **Plaintiff,** | ) |
| v. | ) |
| | ) |
| **JACK HANSSEN,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## NOTICE OF WITHDRAWAL OF REPRESENTATION

Attorney Edward J. Ungvarsky respectfully notices his withdrawal as counsel for the Defendant in the above-captioned matter.

Respectfully Submitted,

Date: April 7, 2022

/S/ Edward J. Ungvarsky
Edward J. Ungvarsky, VSB #83014
Ungvarsky Law, PLLC
114 North Alfred Street
Alexandria, VA 22314
Tel: 571-207-9710
Cell: 202-409-2084
ed@ungvarskylaw.com